UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NGCOBA ATKINS,

                Plaintiff,

  v.

WALMART INC..

                Defendant.

Case No. 6:20-CV-1217 (BKS/ATB)

**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| <u>Motion by:</u> | Defendant Walmart, Inc. |
| <u>Relief requested:</u> | An order granting Defendant summary judgment against Plaintiff's Complaint pursuant to FRCP 56. Defendant further requests such other relief as the Court may deem just and proper, including costs and disbursements. |
| <u>Grounds for relief:</u> | There is no genuine issue of material fact, and Defendant is entitled to judgment as a matter of law against Plaintiff's claims. |
| <u>Supporting papers:</u> | Defendant's Local Rule 56.1 Statement of Material Facts Not In Dispute, with accompanying exhibits attached thereto, including the Affidavit of Maureen Sheedy, sworn to November 4, 2021. |
| | Defendant's Notification of the Consequences of Failing to Respond to a Summary Judgment Motion, pursuant to Local Rule 56.2. |
| | Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated November 4, 2021. |
| <u>Opposition papers:</u> | Plaintiff must file and serve any opposition papers no more than twenty one (21) days after service of this motion, per Local Rule 7.1(a). |
| <u>Reply papers:</u> | Defendant shall serve any reply papers no more than seven (7) days after service of Plaintiff's response papers, per Local Rule 7.1(a). |
| <u>Oral argument:</u> | Defendant requests oral argument if such is requested by Plaintiff and granted by the Court. |
| | If oral argument is granted by the Court, Daniel J. Moore will argue on behalf of Walmart, Inc. |

HARRIS BEACH
ATTORNEYS AT LAW

|  |  | **HARRIS BEACH PLLC** |
|---|---|---|
|  |  | s/Daniel J. Moore |
| Dated: November 4, 2021 | By: | |
|  |  | Daniel J. Moore<br>*Attorneys for Defendant Walmart Inc.*<br>99 Garnsey Road<br>Pittsford, New York  14534<br>Phone:  (585) 419-8800<br>Fax:  (585) 419-8801<br>dmoore@harrisbeach.com |

TO: Ngcoba Atkins
      636 James Street
      Utica, New York 13501

2